UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CRIMINAL NO.  3:03CR00160(AHN) |
| THEODORE WELLS | : | November 4, 2004 |

## MOTION TO CONTINUE SENTENCING

The defendant, Theodore Wells, hereby moves to continue sentencing, from its currently scheduled date of November 12, 2004, to a date on or about November 30, 2004.  In support of this motion, counsel for Mr. Wells states the following:

1. Mr. Wells pled guilty on August 25, 2004.

2. Sentencing is presently scheduled for November 12, 2004.

3. The additional time requested will allow Mr. Wells to thoroughly gather the evidence necessary for mitigation.

4. Accordingly, Mr. Wells respectfully requests that the court postpone sentencing until on or about November 30, 2004.

5. Assistant United States Attorney James Glasser has no objection to this motion.

6. The undersigned has mailed a Waiver of Speedy Sentencing form to Mr. Wells, and will file it as soon as it is received.

                                                      Respectfully submitted,

                                                      THE DEFENDANT,
                                                      THEODORE WELLS

                                                      THOMAS G. DENNIS
                                                      FEDERAL DEFENDER

                                                     /s/

Dated:  November 4, 2004

                                                     Thomas P. Belsky
                                                     Asst. Federal Defender
                                                     2 Whitney Ave., Suite 300
                                                     New Haven, CT 06510
                                                     Bar No. ct24770
                                                     (203) 498-4200

- 2 -

CERTIFICATION

    I HEREBY CERTIFY that a copy of the foregoing has been mailed to James Glasser, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 4th day of November 2004.

                                                     _____
                                                   Thomas Belsky