UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | Crim. No. 3:04CR00160(AHN) |
| THEODORE WELLS | : | NOVEMBER 24, 2004 |

### WAIVER OF RIGHT TO SPEEDY SENTENCING

I, Theodore Wells, hereby waive my rights to a speedy sentencing in the above-captioned matter, and respectfully request that sentencing be continued from November 12, 2004 until on or about November 30, 2004.

_____    11/17/04
Theodore Wells              Date

_____    11/24/04
Thomas P. Belsky            Date
Asst. Federal Defender
2 Whitney Avenue, Suite 300
New Haven, CT 06510
(203) 498-4200
Bar No. ct24770

### CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing has been mailed to James Glasser, Assistant United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 24th day of November 2004.

_____
Thomas Belsky