Local Criminal Notice of Appeal Form

NOTICE OF APPEAL
United States District Court
District of CONNECTICUT

UNITED STATES
v.
THEODORE WELLS, JR.

Docket No: 3:03CR160(AHN)
Hon. Alan H. Nevas
(District Court Judge)

Notice is hereby given that Theodore Wells, Jr. appeals to the United States Court of Appeals for the Second Circuit from the judgment [ X ], other [ ___ ] (specify)

entered in this action on 11/30/04 (date)

Offense occurred after November 1, 1987    Yes [ X ]    No [ ___ ]

This appeal concerns: Conviction only [ ___ ]    Sentence only [ X ]    No [ ___ ]

Date: November 30, 2004

TO:
James I. Glasser
U.S. Attorney's Office
P.O. 1824
New Haven, CT 06508
(203) 821-3700

Thomas P. Belsky
(Counsel for Appellant)
Address: Office of the Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Telephone Number: (203) 498-4200

ADD ADDITIONAL PAGE (IF NECESSARY)

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER    ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ X ] I am ordering a transcript<br>[ ___ ] I am not ordering a transcript<br>Reason<br>[ ___ ] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ ___ ] Other. Attach explanation | Prepare transcript of    Dates<br>[ ___ ] Prepare proceedings ___<br>[ ___ ] Trial ___<br>[ X ] Sentencing  11/30/04<br>[ ___ ] Post-trial proceedings ___ |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ▶
Method of payment    [ ___ ] Funds [ X ]    CJA Form 24 [ ___ ]

ATTORNEY'S SIGNATURE    DATE  1 Dec 04

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date ___ | Signature ___<br>(Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk)
2. Copy U.S. Attorney's Office
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A Rev. 10-02