UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIM. NO.  3:03CR160(AHN) |
| | : | |
| THEODORE WELLS | : | DECEMBER 2, 2004 |
| | : | |

**REQUEST FOR LEAVE
TO FILE DOCUMENT UNDER SEAL**

The defendant, Theodore Wells, hereby requests leave to file the accompanying document under seal.  In support of this Motion, defendant states that the filing of this document under seal is in the interest of justice as the document contains confidential information.

Respectfully submitted,

THE DEFENDANT,
THEODORE WELLS

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated:  DECEMBER 2, 2004

/s/
_____
Thomas P. Belsky
Asst. Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT  06510
Bar No. ct24770
(203) 498-4200

CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Motion has been mailed to James I. Glasser, Chief, Criminal Division, United States Attorney's Office, P.O. Box 1824, New Haven, CT 06508 on this 2nd day of December, 2004.

_____
Thomas P. Belsky