UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    CRIMINAL No. 3:03CR160(AHN) |
| THEODORE W. WELLS, JR. | : |

GOVERNMENT'S MOTION TO DISMISS

The United States Attorney, through James I. Glasser, Assistant United States Attorney, respectfully moves, pursuant to Rule 48(a) Fed. R. Crim. P., to dismiss the indictment and superseding indictment pending against the defendant in the above-captioned matter inasmuch as the defendant has entered a plea of guilty to a substitute information.

**ORAL ARGUMENT NOT REQUESTED**

                                    Respectfully submitted,

                                    KEVIN J. O'CONNOR
                                    UNITED STATES ATTORNEY

                                    JAMES I. GLASSER
                                    ASSISTANT UNITED STATES ATTORNEY
                                    FEDERAL BAR No. CT07221
                                    157 CHURCH STREET
                                    NEW HAVEN, CT 06510
                                    203-821-3700
                                    James.Glasser3@usdoj.gov

SO ORDERED:

_____
ALAN H. NEVAS
SENIOR UNITED
STATES DISTRICT JUDGE

Dated at Bridgeport, Connecticut, this _____ day of December, 2004.