UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CRIMINAL NO. 3:03CR160(AHN) |
| THEODORE W. WELLS JR., | : |
| Defendant. | : |

FILED
2004 DEC 10 A 11: 50
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

## AMENDMENT TO JUDGMENT

It is hereby Ordered that the Judgment and Order of Commitment entered by this Court in the above-entitled case on December 1, 2004, be amended in part as follows:

**The defendant pled guilty to Count 1 of the Information.**

It is hereby Ordered that the Judgment and Order of Commitment entered by this Court on December 1, 2004, shall in all other respects remain the same.

It is so ordered.

Dated at Bridgeport, Connecticut this 8th day of December, 2004.

Alan H. Nevas,
Senior U.S. District Judge