

54

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

UNITED STATES OF AMERICA

2004 DEC 10 P 12: 14

v.

CRIMINAL No. 3:03CR160(AHN)

U.S. DISTRICT COURT
BRIDGEPORT, CONN

THEODORE W. WELLS, JR.

## GOVERNMENT'S MOTION TO DISMISS

The United States Attorney, through James I. Glasser, Assistant United States Attorney,

respectfully moves, pursuant to Rule 48(a) Fed. R. Crim. P., to dismiss the indictment and

superseding indictment pending against the defendant in the above-captioned matter inasmuch as

the defendant has entered a plea of guilty to a substitute information.

**ORAL ARGUMENT NOT REQUESTED**

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JAMES I. GLASSER
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR No. CT07221
157 CHURCH STREET
NEW HAVEN, CT 06510
203-821-3700
James.Glasser3@usdoj.gov

FILED 2004 DEC 15 P 12: 58  U.S. DISTRICT COURT BRIDGEPORT, CONN

SO ORDERED: _____

_____
ALAN H. NEVAS
SENIOR UNITED
STATES DISTRICT JUDGE

Dated at Bridgeport, Connecticut, this ___15___ day of December, 2004.