UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA | 2004 DEC -3 A 11: 58 |
| vs. | CRIM. NO. 3:03CR160(AHN) |
| THEODORE WELLS | DECEMBER 2, 2004 |

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## REQUEST FOR LEAVE
## TO FILE DOCUMENT UNDER SEAL

The defendant, Theodore Wells, hereby requests leave to file the accompanying document under seal. In support of this Motion, defendant states that the filing of this document under seal is in the interest of justice as the document contains confidential information.

Respectfully submitted,

THE DEFENDANT,
THEODORE WELLS

THOMAS G. DENNIS
FEDERAL DEFENDER

Dated: DECEMBER 2, 2004

Thomas P. Belsky
Asst. Federal Defender
2 Whitney Ave., Suite 300
New Haven, CT 06510
Bar No. ct24770
(203) 498-4200

## CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Motion has been mailed to James I. Glasser, Chief, Criminal Division, United States Attorney's Office, P.O. Box 1824, New Haven, CT 06508 on this 2nd day of December, 2004.

Thomas P. Belsky

[Stamped: SO ORDERED, ALAN H. NEVAS, U.S.D.J., 12/15/2004, GRANTED]
[Stamped: 2004 DEC 15 P 12:58 U.S. DISTRICT COURT BRIDGEPORT, CONN]