# DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

**DATE:** December 3, 2004          **TO:** Intake Clerk

**FROM:** Tasha Simpson  203.579.565

**FILED**

**2004 DEC 17 P 2: 11**

**U.S. DISTRICT COURT**
**BRIDGEPORT, CONN**

**CASE TITLE:** USA vs Wells

**DOCKET NO.:** 3:03 cr 160 (AHN)

**NOTICE OF APPEAL:** filed: December 2, 2004

**APPEAL FROM:**  final judgment: ✓

interlocutory: __

other: __

**DOCKET SHEET:** Attorney, updated address & phone number for each party  Y

All parties are listed on Docket Sheet
(Including Third Parties)  Y

All docket entries and dates are included  Y

**FEE STATUS:**  Paid ____   Due ____   N/A ✓

IFP revoked ____   Application Attached ____

IFP pending before district judge ____

**COUNSEL:**  CJA ____   Retained ✓   Pro Se ____

**TIME STATUS:**  Timely ✓   Out of Time ____

**MOTION FOR EXTENSION OF TIME:** Granted ____   Denied ____

**COA:**  Granted ____   Denied ____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _Stanley A. Hader_   DATE: 12/14/04
DEPUTY CLERK, USCA

USCA No. _____.