UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT / New Haven

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | CRIMINAL NO. 3:03CR00160(AHN)<br>USCA NO. 04-6445 |
| THEODORE WELLS | January 3, 2005 |

## INDEX TO RECORD ON APPEAL

|  | Document No. |
|---|---|
| Superseding Indictment (10/30/03) | 15 |
| Information (8/25/04) | 38 |
| Plea Agreement (8/25/04) | 40 |
| Presentence Investigation Report (11/30/04) | |
| Sentencing Memorandum by Theodore Wells (11/29/04) | 50 |
| Sentencing Memorandum by USA (11/29/04) | 52 |
| Transcript of Sentencing Proceeding (12/02/04) | |
| Judgment (12/01/04) | 54 |
| Notice of Appeal by Theodore Wells (12/02/04) | 55 |
| Sealed Motion to Attach by Theodore Wells (12/03/04) | 57 |

## CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing INDEX TO RECORD ON APPEAL has been mailed to James Glasser, Chief, Criminal Division, United States Attorney's Office, P.O. Box 1824, New Haven, CT 06508, on this 3rd day of January 2005.

Thomas P. Belsky

I HEREBY ACKNOWLEDGE RECEIPT OF THE CERTIFIED COPY OF DOCKET ENTRIES AND INDEX IN LIEU OF RECORD ON APPEAL.

DATE: 1/7/05

Roseann B. MacKechnie
CLERK, U.S.C.A. 2ND CIRCUIT