# DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

**DATE:** May 13, 2005          **TO:** Intake Clerk

**FROM:** Tasha Simpson   203.579.5657

**FILED**

**2005 MAY 20  A 11: 45**

**U.S. DISTRICT COURT**
**BRIDGEPORT, CONN**

**CASE TITLE:** USA v. Wells

**DOCKET NO.:** 3:03 cr 160 (AHN)

**NOTICE OF APPEAL:** filed: **December 2, 2004**

**APPEAL FROM:**  final judgment: ✓

  interlocutory: __

  other: __

**DOCKET SHEET:** Attorney, updated address & phone number for each party **Y**

All parties are listed on Docket Sheet
(Including Third Parties) **Y**

All docket entries and dates are included **Y**

**FEE STATUS:** Paid ____  Due ____  N/A ____

IFP revoked ____    Application Attached ____

IFP pending before district judge ____

**COUNSEL:** CJA ____    Retained ____    Pro Se ____

**TIME STATUS:** Timely ____  Out of Time ____

**MOTION FOR EXTENSION OF TIME:** Granted ____  Denied ____

**COA:** Granted ____  Denied ____

**COMMENTS AND CORRECTIONS:**
**SEALED PRE-SENTENCE REPORT ONLY INCLUDED**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _Stanley A. Hosler_ DATE: 05/17/05
DEPUTY CLERK, USCA

USCA No. _____.