UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIM. NO. 3:03CR160(AHN) |
| THEODORE W. WELLS, JR. | : | |

SCHEDULING ORDER

Pursuant to the June 1, 2005 limited remand of this case by the Second Circuit, and in accordance with United States v. Booker, 125 S.Ct. 738 (2005), and United States v. Crosby, 397 F.3d 103 (2d Cir. 2005), this court will consider whether it would have imposed a materially different sentence if the Sentencing Guidelines had been advisory.

Accordingly, counsel are invited to simultaneously submit, in writing, their position regarding this issue by July 27, 2005. If the Defendant wishes to avoid resentencing, he promptly shall so notify the court.

SO ORDERED this 5th day of July, 2005, at Bridgeport, Connectiuct.

/S/_____
Alan H. Nevas
United States District Judge