# MANDATE   FILED

2005 JUL -1  P 1: 18

D. Conn. -Bridgeport, Ct.
03-cr-160
Nevas, J.

United States Court of Appeals

U.S. DISTRICT COURT
NEW HAVEN. CT

SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the  1st  day of June  two thousand and five,

Present:

    Hon. Joseph M. McLaughlin,
    Hon. Chester J. Straub,
    Hon. Peter W. Hall,
        *Circuit Judges.*



United States of America,

        Appellee,

v.                                          No. 04-6445-cr

Theodore W. Wells, Jr.,

        Defendant-Appellant

    The Government moves to remand the case to the district court to determine whether to resentence Appellant. In light of the Supreme Court's decision in *United States v. Booker*, __U.S.__, 125 S. Ct. 738 (2005), and this Court's decision in *United States v. Crosby*, 397 F.3d 103 (2d Cir. 2005), the motion is granted and this case is remanded to the district court for further proceedings in conformity with *Crosby*.

    Any appeal taken from the district court's decision on remand can be initiated only by filing a new notice of appeal. *See* Fed. R. App. P. 3, 4(b). To the extent the Government requests a stay of proceedings in this Court pending resolution of the district court proceedings on remand, the request is denied. A new briefing schedule will be issued after a new notice of appeal has been filed.

-ISSUED AS MANDATE: 6/22/05

      A party will not waive or forfeit any appropriate argument on remand or on any appeal post-remand by not filing a petition for rehearing of this remand order.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Lucille Carr*

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

SAO/PLM

FILED

2005 JUL -1 P 1: 18

U.S. DISTRICT COURT
NEW HAVEN, CT

D. Conn.
03-cr-160
Nevas, J.

# United States Court of Appeals

## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the /*st* day of *June* two thousand and five,

Present:

    Hon. Joseph M. McLaughlin,
    Hon. Chester J. Straub,
    Hon. Peter W. Hall,
        *Circuit Judges.*



United States of America,

    Appellee,

v.                                                                                    No. 04-6445-cr

Theodore W. Wells, Jr.,

    Defendant-Appellant

The Government moves to remand the case to the district court to determine whether to resentence Appellant. In light of the Supreme Court's decision in *United States v. Booker*, __U.S.__, 125 S. Ct. 738 (2005), and this Court's decision in *United States v. Crosby*, 397 F.3d 103 (2d Cir. 2005), the motion is granted and this case is remanded to the district court for further proceedings in conformity with *Crosby*.

Any appeal taken from the district court's decision on remand can be initiated only by filing a new notice of appeal. *See* Fed. R. App. P. 3, 4(b). To the extent the Government requests a stay of proceedings in this Court pending resolution of the district court proceedings on remand, the request is denied. A new briefing schedule will be issued after a new notice of appeal has been filed.

THIS MANDATE, CONSISTING OF THE ITEMS
BELOW, HAS BEEN RECEIVED:
( ) OPINION    ( ) STATEMENT OF COSTS
(X) ORDER      DATE:_____
RECEIVED BY:_____