**Local Criminal Notice of Appeal Form.**

## NOTICE OF APPEAL
## United States District Court

District of __CONNECTICUT__

UNITED STATES OF AMERICA

v.

THEODORE WELLS

Docket No.: 3:03CR150(AHN)
Honorable Alan H. Nevas
(District Court Judge)

Notice is hereby given that __Theodore Wells__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ X ], other [ _____ ] _____
(specify)

entered in this action on __10/6/05__
(date)

Offense occurred after November 1, 1987    Yes [ X ]    No [ ___ ]

This appeal concerns: Conviction only [ ___ ]    Sentence only [ X ]    No [ ___ ]

Date __October 14, 2005__

TO
James I. Glasser, Chief,
Criminal Division
U.S. Attorney's Office
P.O. Box 1824
New Haven, CT  06508
(203) 821-3700

ADD ADDITIONAL PAGE (IF NECESSARY)

Thomas P. Belsky, Asst. FPD
(Counsel for Appellant)

Address  Federal Defender's Office
2 Whitney Ave., Suite 300
New Haven, CT  06510

Telephone Number: (203) 498-4200

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER    ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ X ] I am ordering a transcript<br>[ ___ ] I am not ordering a transcript<br>Reason<br>[ ___ ] Daily copy is available<br>[ ___ ] U.S. Attorney has placed order<br>[ ___ ] Other. Attach explanation | Prepare transcript of<br>[ X ] Prepare proceedings  Crosby hearing Dates (resentencing on 10/6/05)<br>[ ___ ] Trial<br>[ ___ ] Sentencing<br>[ ___ ] Post-trial proceedings |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)). ▶
Method of payment    [ ___ ] Funds [ ___ ]    CJA Form 24 [ ___ ]

ATTORNEY'S SIGNATURE _____    DATE  10/14/05

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date |  | Estimated number of pages |
|---|---|---|---|
|  | Date _____    Signature _____<br>(Court Reporter) |  |  |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court  (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney

4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A Rev. 10-02