UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIMINAL NO. 3:03CR00160(AHN) |
| : | USCA NO. 05-5810-CR |
| THEODORE WELLS : | |
| _____ : | December 14, 2005 |

## **INDEX TO RECORD ON APPEAL**

                                                                            **Document No.**

Superseding Indictment (10/30/03) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

Information (8/25/04) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38

Plea Agreement (8/25/04) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 40

Sentencing Memorandum by Theodore Wells (11/29/04) . . . . . . . . . . . . . . . . . . . . . 50

Sentencing Memorandum by USA (11/29/04) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 52

Transcript of Sentencing Proceeding (1/14/05) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67

Judgment (12/01/04) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 54

Amended Judgment (12/10/04) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 59

Notice of Appeal by Theodore Wells (12/02/04) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 55

Sealed Motion to Attach by Theodore Wells (12/03/04) . . . . . . . . . . . . . . . . . . . . . . 57

Mandate from Court of Appeals Ordering Crosby Remand (7/01/05) . . . . . . . . . . . . 73

Memorandum on Remand by USA (8/03/05) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 74

Memorandum on Remand by Theodore Wells (8/05/05) . . . . . . . . . . . . . . . . . . . . . 75

Reply Memorandum on Remand by USA (8/19/05) . . . . . . . . . . . . . . . . . . . . . . . . . 76

Transcript of Oral Argument on Crosby Remand (11/21/05) . . . . . . . . . . . . . . . . . . 81

Notice of Appeal (10/14/05) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79

- 2 -

## CERTIFICATION

 I HEREBY CERTIFY that a copy of the foregoing INDEX TO RECORD ON APPEAL has been mailed to James Glasser, Chief, Criminal Division, United States Attorney's Office, P.O. Box 1824, New Haven, CT 06508, on this 14th day of December 2005.

_____
Thomas P. Belsky