FEB 1 0 2007

# UNITED STATES DISTRICT COURT

DISTRICT OF Connecticut

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No: 3:03CR160(AHN) |
| ) | |
| Plaintiff, ) | MOTION FOR TRANSCRIPTS |
| ) | |
| vs. ) | |
| ) | |
| Theodore Wells            , ) | |
| ) | |
| Defendant ) | |

FILED 2007 FEB -1 P 2:0[?] U.S. DISTRICT COURT NEW HAVEN CT

**NOW COMES,** Theodore Wells          , filing his motion for transcripts of the following proceedings:

**Check one or more:**

| | |
|---|---|
| 1. Arraignment | X |
| 2. Trial | ___ |
| 3. Evidentiary Hearing | ___ |
| 4. Change of Plea Hearing | X |
| 5. Sentencing | X |
| 6. Other | X |

If other, please specify  Indictment Amendment around 11/6/03
                         Crosby Remand around 10/6/05

In support of this motion, defendant asserts that his transcripts will be necessary to begin the process of filing:

**Check one:**

| | |
|---|---|
| 1. Direct Appeal | ___ |
| 2. Title 28 U.S.C. § 2255 Motion to Vacate, Set Aside or Correct Sentence | X |

1

Defendant asserts that he is unable to prepay the fees for this and is submitting the form for In Forma Pauperis.

For the above-entitled purpose, the defendant hereby requests copies of the above checked transcripts.

Respectfully submitted this __4th__ day of __January__, 200_7_.

*T. William Wells*

Name: Theodore Wells
Number: 12561-050
FMC Devens, Unit G
P.O. Box 879
Ayer, MA 01432

**Pro Se**

IN FORMA PAUPERIS DECLARATION

<u>District Court for Connecticut</u>

[Insert appropriate court]

<u>Theodore Wells</u>
(Petitioner)
v.
<u>United States</u>
(Respondent(s))

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

I, <u>Wells</u>, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes ☐    No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer.
   
   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   <u>Around May, 2000; about $8000/month</u>

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?    Yes ☐    No ☒
   b. Rent payments, interest or dividends?    Yes ☐    No ☒
   c. Pensions, annuities or life insurance payments?    Yes ☐    No ☒
   d. Gifts or inheritances?    Yes ☐    No ☒
   e. Any other sources?    Yes ☐    No ☒
   
   If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own cash, or do you have money in checking or savings account?
   Yes ☒    No ☐    (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned. <u>$82.53</u>

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐    No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on <u>1/4/07</u> (date).

<u>/s/ Theodore Wells</u>
Signature of Petitioner

INMATE WELLS, Theodore
REG. No. 12561-050

### Certificate

I hereby certify that the movant herein has the sum of $ 80.53 on account to his credit at the ___N/A___ institution where he is confined. I further certify that petitioner likewise has the following securities to his credit according to the records of said ___N/A___ institution: FMC Devens

most prior 6 mo. deposits = $342.16

_____
Authorized Officer of Institution

(Amended, effective August 1, 1982; effective December 1, 2004.)

# PROOF OF SERVICE

I, _Theodore Wells_, certify that on _January 29_, 200_7_ I mailed a copy of this document and all attachments via First Class mail to the following parties at the addresses listed below:

Clerk of the Court
United States Courthouse
141 Church Street
New Haven, CT 06510

James I. Glasser
Assistant US Attorney
Connecticut Financial Center
157 Church Street
New Haven, CT 06510

# PROOF OF SERVICE FOR INCARCERATED LITIGANTS

In addition to the above Proof of service, all litigants who are currently incarcerated should include the following statement with all documents to be filed with the court:

I certify that this document was given to officials[1] on this date for forwarding to the United States District Court for the District of _Connecticut_. I further certify under penalty of perjury that the forgoing is true and correct. **Title 28 U.S.C. § 1746.**

Respectfully submitted this _29th_ day of _January_, 200_7_.

Name: Theodore Wells
Number: 12561-050
FMC Devens, Unit G
P.O. Box 879
Ayer, Massachusetts 01432

---

[1] Pleadings by prisoners who represent themselves are to be considered filed at the moment such pleadings are delivered to prison authorities for forwarding to clerk. **Houston v Lack.** 487 U.S. 266 (1988).