INDEX OF ATTACHMENTS

First BOP FOIA request (3 pages)

Second BOP FOIA request

BOP FOIA appeal

BOP FOIA appeal response

Public Defender's response to request for records

Second request to Public Defender

Public Defender's response to second request

Third request to Public Defender (2 pages)

Request to Judge Nevas regarding Public Defender records

First request to the Clerk of the Court

Request to the US Attorney

Medical records (2 pages)

Motion for continuance (3 pages)

# Freedom of Information/Privacy Act Request

To:    Freedom of Information/Privacy Act Officer
       United States Department of Justice
       United States Bureau of Prisons
       HOLC Building
       320 First Street, NW
       Washington, D.C. 20534


From: _Theodore Wells_
Number: _12561-050_
FMC Devens, Unit _G_
P.O. Box 879
Ayer, MA  01432


Re: Freedom of Information/Privacy Act Request, Title 5 U.S.C. Sections 552 and 552a.


Dear FOIA/PA Officer:

        Per the above acts, I request the following records, which pertain to me and are in the possession of the B.O.P:

1.  BP- 14, and BP- 15's to date;
2.  All disciplinary Reports, if any;
3.  Program Review(s);
4.  P. S. I. (Pre-Sentence Investigation);
5.  Judgment and Commitment Sheet(s);
6.  FBI Rap Sheet;
7.  All miscellaneous staff reports, summaries, or index of same in lieu of;
8.  US ATT. Form 792;
9.  Sentence Computation Sheet, to date;
10. All BP-8, BP-229, BP-230, and BP-231, forms filed by me;
11. All UDC/DHO reports;
12. Releasable Medical Files, and an Index as to withheld documents;
13. All other records contained in my Central File which are releasable, and a list of those not releasable as a "Vaughn Index"
14. Administrative Remedy Index


Per U.S.C. 5 Section 552(a)(6)(I), you must transmit a response to this request within twenty (20) days of your receipt of this request. Thank you for your assistance in this matter.

1

# Freedom of Information/Privacy Act Request

Respectfully,

*T. William Wells*
Theodore Wells

Respectfully submitted this ___8th___ day of _January_____, 200_7_

Please acknowledge receipt hereof and forward the materials requested within the statutory period, as time is of the essence due to liberty interest.

Respectfully submitted this _8_ day of _JANUARY_ , 2000. _2007_

_T. William Wells_
NAME: _Theodore Wells_
Number: _12561-050_
F.M.C. Devens, Unit: _G_
Ayer, Massachusetts 01432

SWORN AND SUBSCRIBED TO ME, IN WITNESS WHEREOF, I have hereunto signed my name and have affixed my seal this _8_ day of _JANUARY_ , 2000. _2007_

By: _[signature]_                    _County of Worcester_
NOTARY SIGNITURE            _State of Massachusetts_

My Commission expires on _3/29/2013_                    SEAL

Dear FOIA/PA Officer:

On January 8, 2007, I sent a request for records, a copy of which I have included. I have received no reply. Please respond to my request. Thank you.

Respectfully,

J. William Wells  2/21/07

Theodore Wells

12561-050

FMC Devens, Unit G-

PO Box 879

Ayer, MA 01432

Freedom of Information Act Appeal

Dear Sir or Madam,

On 1/8/07, I sent a FOIA request, a copy of which I have enclosed. On 2/22/07, I sent another request consisting of a letter, which I have also enclosed, and a copy of the original request. I received no reply whatsoever.

5 USC 552(a)(6)(C)(i) says that I could consider my administrative remedies exhausted and proceed to court. However, before taking such a drastic measure, I think I should make one more try. I therefore ask that I be sent the records asked for in my original request.

Respectfully,

Theodore Wells    4/5/07

Theodore Wells
12561-050
FMC Devens, Unit H
PO Box 879
Ayer, MA 01432



**U.S. Department of Justice**

Office of Information and Privacy

Telephone: *(202) 514-3642*

*Washington, D.C. 20530*

**MAY 10 2007**

Mr. Theodore Wells
Register No. 12561-050
Federal Medical Center
Post Office Box 879
Ayer, MA 01434

Re:   Appeal No. 07-1243
Request No. 2007-04328
JTR:CIH

Dear Mr. Wells:

You attempted to appeal from the failure of the Northeast Regional Office of the Federal Bureau of Prisons (BOP) to respond to your request for access to records.

Department of Justice regulations provide for an administrative appeal only after there has been an adverse determination by a component. See 28 C.F.R. § 16.9 (2006). As no adverse determination has yet been made, there is no action for this Office to consider on appeal. In particular, the Freedom of Information Act itself contemplates judicial review rather than an administrative appeal when an agency has failed to respond to a request within the statutory time limits. See 5 U.S.C. § 552(a)(6)(C)(i).

I have forwarded your letter to BOP. You may also wish to contact it directly and inquire about the status of your request. You may appeal any future adverse determination made by BOP.

Sincerely,

Janice Galli McLeod
Associate Director

**FEDERAL DEFENDER**
DISTRICT OF CONNECTICUT
10 COLUMBUS BLVD FL 6
HARTFORD, CT 06106-1976

THOMAS G. DENNIS
FEDERAL DEFENDER

TEL:    (860) 493-6260
FAX:    (860) 493-6269

January 11, 2007

Theodore Wells
#12561-050
FMC Devens
P.O. Box 879
Devens, MA 01434

Dear Mr. Wells:

As requested I enclose copies of the pleadings in your case.

Very truly yours,

Thomas G. Dennis
Federal Defender

TGD/aw

encs.

Dear Mr. Dennis,

Thank you for sending me the pleadings in my case. I suspect they are incomplete. I understood Mr. Belsky to have filed a motion for dismissal somewhere from January to April, 2004. A continuance request of April 16, 2004 mentions a Speedy Trial waiver that I didn't see. Could you check to see if anything was missed?

Mr. Belsky had sent me his brief and appendix for my original appeal; however, I lost them. He did not send me the government's brief for that appeal. He also did not send me the appendix to his brief for my revised appeal. I do not have copies of my original, unfiled plea agreement nor the plea agreement I eventually had filed. I do not have the inventory of the property that the police took from my home. Could you send me these things?

I am preparing a 2255 motion and I need any materials that could be relevant to my case. This includes the courts' responses to the pleadings, the evidence in my case, any communications relating to my case, the names and contact information for anyone who was consulted in regard to my case, any reports from those consulted, the notes made of my case, and other attorney work product. Please send any of this you can. For that which you can't, could you tell me how I might obtain them?

Thank you for your time and attention.

Sincerely,

T. Theodore Wells  1/29/07

Theodore Wells

**FEDERAL DEFENDER**
DISTRICT OF CONNECTICUT
10 COLUMBUS BLVD FL 6
HARTFORD, CT 06106-1976

THOMAS G. DENNIS
FEDERAL DEFENDER

TEL:    (860) 493-6260
FAX:    (860) 493-6269

February 15, 2007

Theodore Wells, #12561-050
FMC Devens
P.O. Box 879
Devens, MA 01434

Dear Mr. Wells:

    As requested I enclose a copy of the Waiver of Right to Speedy Sentencing; Appeal
Brief to USCA and the Government's Brief to USCA filed in your case.

Very truly yours,

Thomas G. Dennis
Federal Defender

TGD/aw

encs.

Dear Mr. Dennis,

   On 12/28/06, I sent you a letter asking for my records. In response, I got my pleadings. On 1/29/07, I sent you a letter with a detailed list of items. In response, I got a "Waiver of Right to Speedy Sentencing" dated 11/24/04; my original appeal; the joint index for my revised appeal; and the government's brief for my revised appeal.

   Most of what I asked for has not been sent. I have enclosed a copy of my 1/29/07 request, in which I have crossed out items I no longer need sent. Please send the remaining items.

         Sincerely,
         J. Nathan Wells    3/1/07
         Theodore Wells
         12561-050
         FMC Devens
         PO Box 879
         Devens, MA 01434

CC: Judge Nevas

Dear Mr. Dennis,

Thank you for sending me the pleadings in my case. ~~I suspect they are incomplete. I understood Mr. Belsky to have filed a motion for dismissal somewhere from January to April, 2004. A continuance request of April 16, 2004 mentions a Speedy Trial waiver that I didn't see. Could you check to see if anything was missed?~~

Mr. Belsky had sent me his ~~brief and appendix for my original appeal~~; however, I lost them. He did not send me the government's brief for that appeal. He also did not send me the ~~appendix to his brief for my revised appeal~~. I do not have copies of my original, unfiled plea agreement nor the ~~plea agreement I eventually had filed~~. I do not have the inventory of the property that the police took from my home. Could you send me these things?

I am preparing a 2255 motion and I need any materials that could be relevant to my case. This includes the courts' responses to the pleadings, the evidence in my case, any communications relating to my case, the names and contact information for anyone who was consulted in regard to my case, any reports from those consulted, the notes made of my case, and other attorney work product. Please send any of this you can. For that which you can't, could you tell me how I might obtain them?

Thank you for your time and attention.

Sincerely,

T. Theodore Wells 1/29/07

Theodore Wells

Re: US v Theodore Wells 3:03-CR-00160(AHN)

Your Honor,

On 12/28/06, I sent a letter to the Public Defender's office asking for the records in my case. In response, I was sent the pleadings in my case, most of them anyway. On 1/29/07, I sent a detailed request, most of which was ignored. On 3/1/07, I sent an amended request, to which I have received no reply.

I need these records to prepare a 2255 motion. The deadline is November, a mere 7 months away. It has taken nearly 4 months for this non-response. I'm ready to write the motion now so delays in getting these records directly delay my filing it.

I ask that Your Honor directs the Public Defender to send me the records in my case. To avoid further delays, I ask that all records be sent, rather than just the records I most recently asked for.

Respectfully,
T. William Wells  4/19/07
Theodore Wells
12561-050
FMC Devens
PO Box 879
Devens, MA 01434

Re: US v. Theodore Wells, 3:03CR160(AHN)

Dear Sir or Madam,

I am preparing a 2255 motion and I need some information that I hope you can provide. These are: my docket, my dates of transportation between institutions prior to my sentencing the mailing addresses of the Connecticut prisons I was housed in (Bridgeport, Garner, and McDougall I believe), and the mailing addresses of the two hospitals (in Connecticut and California) I was sent to.

Respectfully,

T. William Wells  2/3/07

Theodore Wells
12561-050
FMC Devens
PO Box 879
Devens, MA 01434

Freedom of Information Act Request

Dear Sir or Madam,

Please send me all the records in my case  U.S v Theodore Wells, 3:03-CR-160 (AHN) in the Connecticut District Court. In the event that you are unable to send me certain records or for records (e.g. audio recordings) that cannot be reduced to print, please send me a description of the omitted records.

Respectfully,

T. William Wells    4/19/07

Theodore Wells

12561-050

FMC Devens

PO Box 879

Ayer, MA 01432

NSN 7540-00-634-4122

509-113

| MEDICAL RECORD | PROGRESS NOTES |

| DATE | |
|---|---|
| 2.7.06 | Psychiatry |
| 1245 | S/O No change in presentation. Denies significant depression or suicidality; but remains isolative and essentially unengaged. |
| | A No acute problems. |
| | P 1) Referred to Rec Therapy. |
| | 2) Continue meds & individual therapy |

RJ[illegible]
[illegible]

| 2-9-06 | Psychiatry |
|---|---|
| 1315 | S/O Seen in 1:1 ind tx × 50 min. Becoming more clinically depressed despite recent PROZAC dose increase. No self-harm impulses or suicidality, but he's losing his appetite (past hx of extreme anorexia 2° to depression). Further exploration of his hx reveals aspects that are consistent c̄ dissociative identity spectrum D/O. Agreeable to resuming Low Risp (mood depression roughly correlates c̄ his D/cing it). |
| | A Clinical depression |
| | P 1) Rx Risperdal c̄ 1mg qd; 2) Closely monitor; 3) Contin ind tx & recreational therapy. 4) Contin PROZAC. |

RJ[illegible]
[illegible]

(Continue on reverse side)

PATIENT'S IDENTIFICATION  For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)    REGISTER NO.    WARD NO.

PROGRESS NOTES
Medical Record

KELLY, THEODORE
12561-050
MCFP SPG MO
01/06/57




STANDARD FORM 509 (REV. 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

| Medical Center for Federal Prisoners<br>Springfield, Missouri<br>MENTAL HEALTH TREATMENT UNIT | INDIVIDUAL<br>EVALUATION/TREATMENT/MANAGEMENT PLAN<br>Continuation Sheet |
|---|---|

DSM-IV WORKING DIAGNOSES:

AXIS I:      Major depression, recurrent
             Dissociative disorder, NOS
AXIS II:     Personality disorder, NOS
AXIS III:    Severe myopia
             Reiter's syndrome

| PATIENT WEAKNESSES:<br>1.   Absence of support system<br>2.   Socially withdrawn | PATIENT STRENGTHS:<br>1.   Good education<br>2.   Good reality contact<br>3.   Possesses adequate skills for<br>     independent living |
|---|---|

PRIMARY CLINICIAN: P. Gariety, MD          SECONDARY CLINICIAN:  R. Demier, Ph.D.

GOAL STATEMENT NO. 1:
The patient will improve his level of leisure time skills/outlets as revealed by:

OBJECTIVES:
1.    Patient will actively cooperate in activity for its duration.

ACTION PLAN    (STAFF NAME & TITLE):
1.    Leisure Exploration (Rec Therapist)
2.    Team building (Rec Therapist)

TARGET DATE:   10/09/05

TREATMENT REVIEW:

07/26/05:   Patient has been attending classes consistently.  Usually he sits at a table by himself
            and works meticulously on ceramic projects.   When asked to interact in a group
            activity, he becomes anxious and withdraws even further.   He indicates he will
            participate because he has to, but doesn't want to be involved in anything.  Patient
            is making progress in cooperation but is reluctant in doing so.  J. Stehle, CTRS

WELLS, Theodore       REG. NO. 12561-050          Sensitive LOU          SPG-1   REV 4-97
USMCFP-Springfield, Mo.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 APR 19 P 12: 44

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES OF AMERICA          :

vs.          :          CRIM. NO. 3:03CR00160(AHN)

THEODORE WELLS          :          APRIL 16, 2004

### MOTION FOR CONTINUANCE
### OF JURY SELECTION

The defendant, Theodore Wells, through counsel, Thomas P. Belsky, respectfully requests that this Court continue jury selection in his case. Jury Selection is presently scheduled for May 6, 2004, and the defendant respectfully requests that jury selection in his case be continued until June 14, 2004, or for the next scheduled date for jury selection. In support of this Motion, the defendant states the following grounds:

(1) Jury selection in the above-captioned case is presently scheduled for May 6, 2004.

(2) In December 2003, Mr. Wells was transferred to the Metropolitan Detention Center in Los Angeles, California, in order to undergo a competency evaluation. Mr. Wells only recently returned to the Wyatt Detention Center in Rhode Island. During this time, it was virtually impossible for counsel to engage in confidential communications with Mr. Wells to discuss his case.

(3) Mr. Wells is currently scheduled for a competency hearing on April 21, 2004.

(4) Additionally, counsel, who is an active member of the United States Naval Reserve, will be serving a two week period of active duty in Washington, D.C. from April 26 - May 7. Counsel also tentatively has an approximate five-day trial starting on or about May 15. Finally, Counsel has family leave scheduled for the week of May 24 as his wife is due on May 25 with the couple's second child. The leave is necessary as neither counsel nor his wife have family in the local area.

(5) Based on the foregoing, Mr. Wells respectfully asserts that good cause exists to continue jury selection in this matter until on or about June 14, 2004.

(6) Assistant United States Attorney Kari Dooley does not object to this request.

(7)  Counsel has forwarded to Mr. Wells a copy of the attached Waiver of Speedy Trial form and will file said form with the Court immediately upon receipt.

(8)  This is Mr. Wells' third request for a continuance of jury selection.

Respectfully submitted,

THE DEFENDANT,
THEODORE WELLS

Dated:  April 16, 2004

Thomas P. Belsky
Asst. Federal Defender
2 Whitney Avenue, Suite 300
New Haven, CT  06510
Bar No. ct24770
(203) 498-4200


CERTIFICATION


I HEREBY CERTIFY that a copy of the foregoing MOTION FOR CONTINUANCE OF JURY SELECTION has been mailed to Kari Dooley, Supervisory Assistant United States Attorney, United States Courthouse, 915 Lafayette Boulevard, Bridgeport, CT 06604 on this 16th day of April 2004.

Thomas P. Belsky

- 2 -

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA          :

vs.          :          CRIM. NO.  3:03CR160(AHN)

THEODORE WELLS          :

---

## WAIVER OF SPEEDY TRIAL

The defendant, Theodore Wells, hereby waives those rights accorded him by the Speedy Trial Act of 1974, 18 U.S.C. § 3161(h)(8)(A).

In support of this Waiver, the defendant states as follows:

He is represented by and has consulted with his attorney concerning this waiver;

He understands that by signing this document he will be giving up those rights accorded him by the Speedy Trial Act; and

He requests that the Court find that the requested continuance is in the best interest of the defendant, that it outweighs the public interest in a speedy trial, and that the period of delay from May 6, 2004 to June 14, 2004 should be excluded.

Theodore Wells          Date

Thomas P. Belsky          Date
Asst. Federal Defender
2 Whitney Avenue, Suite 300
New Haven, CT  06510
(203) 498-4200
Bar No. ct24770

# PROOF OF SERVICE

I, Theodore Wells _____, certify that on June 4 2007, I mailed a copy of this document and all attachments via First Class mail to the following parties at the addresses listed below:

Clerk of the Court
US District Court of Connecticut
US Courthouse
915 Lafayette Blvd.
Bridgeport, CT 06604

James I. Glasser
Assistant US Attorney
Connecticut Financial Center
157 Church Street
New Haven, CT 06510

# PROOF OF SERVICE FOR INCARCERATED LITIGANTS

In addition to the above Proof of service, all litigants who are currently incarcerated should include the following statement with all documents to be filed with the court:

I certify that this document was given to officials[1] on this date for forwarding to the United States District Court for the District of Connecticut _____. I further certify under penalty of perjury that the forgoing is true and correct. Title 28 U.S.C. § 1746.

Respectfully submitted this 4th day of June, 2007.

Name: Theodore Wells

Number: 12561-050

FMC Devens, Unit  H

P.O. Box 879

Ayer, Massachusetts 01432

---

1 Pleadings by prisoners who represent themselves are to be considered filed at the moment such pleadings are delivered to prison authorities for forwarding to clerk. Houston v Lack. 487 U.S. 266 (1988).