UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2007 AUG -6  P 3:16

U.S. DISTRICT COURT
BRIDGEPORT CONN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIM. NO.: 3:03CR160(AHN) |
| | : | |
| THEODORE WELLS | : | |

## MOTION TO COMPEL PRODUCTION OF ATTORNEY'S CLIENT FILE

I have made repeated requests to my attorney, Assistant Federal Defender Thomas P. Belsky, through Federal Defender Thomas G. Dennis for my case file. Each of these requests has gone largely unfilled. One request took three months for the partial response to arrive. I include the correspondence with this motion.

I ask that the Court order Mr. Belsky to send me my entire case file. I have attached a list of items that I have already received; I do not need more copies of them. In the event that my case file contains items that Mr. Belsky may not send me or which cannot be reasonably reduced to print, I ask that I be sent a description of each such item, the date the item was received, sufficient information to uniquely identify the item, and the reason that the item was not sent.

> "Though [counsel] may not continue to represent the defendant
> following conviction and the disposition of post-trial mo-
> tions, he must nevertheless cooperate with defendant's at-
> tempts to challenge the conviction or sentence, especially if
> he possesses unique information about a claim the defendant
> seeks to raise." Maxwell v. Florida, 479 U.S. 972, 93 L.Ed.2d,
> 418, 421, 107 S.Ct. 474 (1986) (Marshall, J., dissenting from
> denial of writ of certiorari).

I am preparing a 28 U.S.C. § 2255 motion alleging, among other things, that Mr. Belsky did not adequately investigate and otherwise prepare for my case.

2

"Indeed, with respect to petitioner's allegation that his trial attorney did not adequately prepare for the sentencing proceeding, petitioner's need for access to the work files is of paramount importance." Id., 422.

See also Spivey v. Zant, 683 F.2d 881 (5th Cir. 1982); Clark v. Milam, 847 F.Supp 424 (S.D.W.Va. 1994) (which cites Martin v. Valley Nat. Bank of Arizona, 140 F.R.D. 291, 320 (S.D.N.Y. 1991); and Hiatt v. Clark, Ky., No. 2005-SC-000455-MR, 6/15/06, summarized in 79 CrL 601, each of which holds that a client is entitled to his case file.

Respectfully submitted,

*T. William Wells 8/2/07*

Theodore Wells, pro se
12561-050
FMC Devens
P.O. Box 879
Ayer, MA 01432

INDEX OF ATTACHMENTS

Documents in my possession (2 pages)

(I do not have my first request for my records.)

The 1/11/07 response to my first request

My 1/29/07 request for records

The 2/15/07 response to my second request

My 3/1/03 request for records (2 pages)

My 4/19/07 request to Judge Nevas

The 6/4/07 response to my third request (4 pages)

My 7/6/07 request for records (4 pages)

My 7/6/07 cc to Judge Nevas

The 7/26/07 response to my fourth request

DOCUMENTS IN MY POSSESSION 8/1/07

(Each item contains a letter code indicating the source of my
first copy of the item:

    A 1/11/07 response from the Federal Defender
    B 2/15/07 response from the Federal Defender
    C 6/ 4/07 response from the Federal Defender
    D 7/26/07 response from the Federal Defender
    X some other source
)

| Date | Code | Description |
|---|---|---|
| 10/27/02 | D | telephone bill for 203 227 9271 |
| 3/20/03 | D | warrant request for subscriber of 609 351 5081 |
| 3/20/03 | D | search warrant and result |
| 4/ 4/03 | D | NCIC FBI identification record |
| 4/16/03 | D | photo identification array |
| 5/13/03 | C | FBI receipt for property |
| 5/22/03 | A | motion for pretrial detention |
| 5/22/03 | A | order of detention |
| 5/29/03 | A | indictment |
| 6/12/03 | X | transcript of arraignment |
| 7/ 2/03 | A | waiver of speedy trial |
| 7/ 9/03 | A | motion for continuance |
| 7/15/03 | A | order for speedy trial exclusion |
| 8/22/03 | A | motion for continuance |
| 8/22/03 | A | waiver of speedy trial |
| 10/22/03 | C | mental health initial assessment |
| 10/22/03 | D | initial psychiatric evaluation |
| 10/30/03 | A | superseding indictment |
| 11/ 6/03 | X | transcript of arraignment |
| 11/ 7/03 | D | motion for competency hearing and evaluation |
| 11/12/03 | D | order to conduct competency examination |
| 11/13/03 | D | grant of 11/7/03 motion |
| 4/14/04 | C | forensic evaluation |
| 4/16/04 | A | motion for continuance |
| 4/30/04 | A | government's motion |
| 4/30/04 | A | government's memorandum |
| 6/ 1/04 | D | Garner property receipt |
| 6/21/04 | C | competency evaluation |
| 6/25/04 | D | bill for competency evaluation |
| 7/ 1/04 | C | memo from Dr. Saldanha (date estimated) |
| 7/14/04 | D | Garner property receipt |
| 8/ 9/04 | A | waiver of speedy trial |
| 8/11/04 | A | motion for continuance |
| 8/25/04 | A | information |
| 8/25/04 | C | plea agreement |
| 8/25/04 | X | transcript of change of plea hearing |
| 10/22/04 | D | cover letter for PSR |
| 11/ 4/04 | A | motion to continue |
| 11/24/04 | A | waiver of speedy sentencing |
| 11/24/04 | A | defendant's sentencing memo |
| 11/29/04 | A | government's sentencing memo |
| 11/30/04 | X | transcript of sentencing |
| 11/30/04 | D | judgement |

2

```
12/ 2/04A   motion to file under seal
12/ 2/04A   motion to attach
12/ 3/04D   cover letter for judgement
12/ 3/04D   notice to counsel
12/ 9/04A   motion to dismiss
12/11/04D   Garner housing status
12/11/04D   Garner property receipt
12/14/04D   docket 04-6445
12/21/04D   scheduling order
 2/ 4/05D   docket 3:03CR160
 2/ 6/05A   defendant's sentencing memo
 2/ 9/05A   defendant's brief 04-6445
 2/ 9/05D   PSR's for 04-6445 (destroyed--do not resend!)
 2/28/05D   letter from Wells to Belsky (date estimated)
 3/ 4/05D   cover letter for motion
 3/ 4/05D   motion for remand 04-6445
 3/ 4/05D   memo for remand 04-6445
 7/16/05D   letter from Wells to Belsky (date estimated)
 8/ 3/05A   government's memo on remand
 8/ 4/05A   defendant's memo on remand
 8/17/05A   reply memo
10/ 6/05X   transcript of remand hearing
10/27/05D   docket 05-5810
11/ 3/05D   acknowledgement of NOA
11/22/05D   status letter
12/14/05D   index to record
12/21/05D   FedEx tracking info (date estimated)
12/21/05D   motion for continuance
12/29/05D   order granting continuance
 1/30/06B   defendant's brief 05-5810
 1/30/06B   joint appendix 05-5810
 4/10/06B   government's brief 05-5810
 6/ 1/06X   notice of hearing date
 8/30/06X   result of appeal
 9/ 1/06X   cover letter for result of appeal
 9/ 1/06D   case closing (date estimated)
```

(In addition to the above, the 7/26/07 response contained 18 cases,
the BOP's PS 5310.12, chapters 2 and 3, and some random junk that
I had sent Mr. Belsky which has no legal significance, such as
literature provided by Garner.)

**FEDERAL DEFENDER**
DISTRICT OF CONNECTICUT
10 COLUMBUS BLVD FL 6
HARTFORD, CT 06106-1976

THOMAS G. DENNIS
FEDERAL DEFENDER

TEL:   (860) 493-6260
FAX:   (860) 493-6269

January 11, 2007

Theodore Wells
#12561-050
FMC Devens
P.O. Box 879
Devens, MA 01434

Dear Mr. Wells:

As requested I enclose copies of the pleadings in your case.

Very truly yours,

Thomas G. Dennis
Federal Defender

TGD/aw

encs.

Dear Mr. Dennis,

Thank you for sending me the pleadings in my case. I suspect they are incomplete. I understood Mr. Belsky to have filed a motion for dismissal somewhere from January to April, 2004. A continuance request of April 16, 2004 mentions a Speedy Trial waiver that I didn't see. Could you check to see if anything was missed?

Mr. Belsky had sent me his brief and appendix for my original appeal; however, I lost them. He did not send me the government's brief for that appeal. He also did not send me the appendix to his brief for my revised appeal. I do not have copies of my original, unfiled plea agreement nor the plea agreement I eventually had filed. I do not have the inventory of the property that the police took from my home. Could you send me these things?

I am preparing a 2255 motion and I need any materials that could be relevant to my case. This includes the courts' responses to the pleadings, the evidence in my case, any communications relating to my case, the names and contact information for anyone who was consulted in regard to my case, any reports from those consulted, the notes made of my case, and other attorney work product. Please send any of this you can. For that which you can't, could you tell me how I might obtain them?

Thank you for your time and attention.

Sincerely,

T. Theodore Wells  1/29/07

Theodore Wells

**FEDERAL DEFENDER**
DISTRICT OF CONNECTICUT
10 COLUMBUS BLVD FL 6
HARTFORD, CT 06106-1976

THOMAS G. DENNIS
FEDERAL DEFENDER

TEL:   (860) 493-6260
FAX:   (860) 493-6269

February 15, 2007

Theodore Wells, #12561-050
FMC Devens
P.O. Box 879
Devens, MA 01434

Dear Mr. Wells:

  As requested I enclose a copy of the Waiver of Right to Speedy Sentencing; Appeal Brief to USCA and the Government's Brief to USCA filed in your case.

     Very truly yours,

     Thomas G. Dennis
     Federal Defender

TGD/aw

encs.

Dear Mr. Dennis,

On 12/28/06, I sent you a letter asking for my records. In response, I got my pleadings. On 1/29/07 I sent you a letter with a detailed list of items. In response, I got a "Waiver of Right to Speedy Sentencing", dated 11/24/04; my original appeal; the joint index for my revised appeal; and the government's brief for my revised appeal.

Most of what I asked for has not been sent. I have enclosed a copy of my 1/29/07 request, in which I have crossed out items I no longer need sent. Please send the remaining items.

Sincerely,

T. William Wells    3/1/07

Theodore Wells

12561-050

FmC Devens

PO Box 879

Devens, mA 01434


CC: Judge Nevas

Dear Mr. Dennis,

Thank you for sending me the pleadings in my case. ~~I suspect they are incomplete. I understood Mr. Belsky to have filed a motion for dismissal somewhere from January to April, 2004. A continuance request of April 16, 2004 mentions a Speedy Trial waiver that I didn't see. Could you check to see if anything was missed?~~

Mr. Belsky had sent me his ~~brief and appendix for my original appeal~~; however, I lost them. He did not send me the government's brief for that appeal. He also did not send me the appendix ~~to his brief~~ for my revised appeal. I do not have copies of my original, unfiled plea agreement nor the ~~plea agreement I eventually had filed.~~ I do not have the inventory of the property that the police took from my home. Could you send me these things?

I am preparing a 2255 motion and I need any materials that could be relevant to my case. This includes the courts' responses to the pleadings, the evidence in my case, any communications relating to my case, the names and contact information for anyone who was consulted in regard to my case, any reports from those consulted, the notes made of my case, and other attorney work product. Please send any of this you can. For that which you can't, could you tell me how I might obtain them?

Thank you for your time and attention.

Sincerely,

T. Theodore Wells  1/29/07

Theodore Wells

Re: US v Theodore Wells 3:03-CR-00160(AHN)


Your Honor,

On 12/28/06, I sent a letter to the Public Defender's office asking for the records in my case. In response, I was sent the pleadings in my case, most of them anyway. On 1/29/07, I sent a detailed request, most of which was ignored. On 3/1/07, I sent an amended request, to which I have received no reply.

I need these records to prepare a 2255 motion. The deadline is November, a mere 7 months away. It has taken nearly 4 months for this non-response. I'm ready to write the motion now so delays in getting these records directly delay my filing it.

I ask that Your Honor directs the Public Defender to send me the records in my case. To avoid further delays, I ask that all records be sent, rather than just the records I most recently asked for.


Respectfully,
T. William Wells  4/19/07
Theodore Wells
12561-050
FMC Devens
PO Box 879
Devens, MA 01434

**FEDERAL DEFENDER**
DISTRICT OF CONNECTICUT
10 COLUMBUS BLVD FL 6
HARTFORD, CT 06106-1976

THOMAS G. DENNIS
FEDERAL DEFENDER

TEL:   (860) 493-6260
FAX:   (860) 493-6269

June 4, 2007

Theodore Wells, #12561-050
FMC Devens
P.O. Box 879
Devens, MA 01434

Dear Mr. Wells:

Pursuant to your request, I enclose copies of the following:

(1)    Unsigned plea agreement dated August 25, 2004.

(2)    FBI receipt for property seized dated May 13, 2003.

(3)    Motion For Post-Crosby Proceedings on Remand.

(4)    Government's Memorandum on Crosby Remand.

(5)    Defendant's Memorandum re: Limited Sentencing Remand.

(6)    Government's Reply Memorandum.

(7)    Forensic evaluation dated April 14, 2004.

(8)    Competency evaluation dated June 21, 2004.

(9)    Connecticut DOC Mental Health Initial Assessment dated October 22, 2003.

(10)   Memo from Charles Saldanha, M.D.

I am not sure what you mean by your request for "the evidence" in your case, but if you are referring to the FBI reports of investigation that were generated, we are not authorized to provide you with copies of these documents.

If there is anything else you need, feel free to write me.

Very truly yours,

Thomas G. Dennis
Federal Defender

TGD/aw

encls.

Dear Mr. Dennis,

On 12/28/06, I sent you a letter asking for my records. In response, I got my pleadings. On 1/29/07, I sent you a letter with a detailed list of items. In response, I got a "Waiver of Right to Speedy Sentencing", dated 11/24/04; my original appeal; the joint index for my revised appeal; and the government's brief for my revised appeal.

Most of what I asked for has not been sent. I have enclosed a copy of my 1/29/07 request, in which I have crossed out items I no longer need sent. Please send the remaining items.

Sincerely,

J. Arthur Wells    3/1/07

Theodore Wells

12561-050

FMC Devens

PO Box 879

Devens, MA 01434

CC: Judge Nevas



RECEIVED

MAR - 5 2007

OFFICE OF THE FEDERAL
PUBLIC DEFENDER
HARTFORD, CONNECTICUT

Dear Mr. Dennis,

Thank you for sending me the pleadings in my case. ~~I suspect they are incomplete. I understood Mr. Belsky to have filed a motion for dismissal somewhere from January to April, 2004. A continuance request of April 16, 2004 mentions a Speedy Trial waiver that I didn't see. Could you check to see if anything was missed?~~

Mr. Belsky had sent me his ~~brief and appendix for my original appeal~~; however, I lost them. He did not send me the government's brief for that appeal. He also did not send me the ~~appendix to his brief for my revised appeal.~~ I do not have copies of my original, unfiled plea agreement nor the ~~plea agreement I eventually had filed. I~~ do not have the inventory of the property that the police took from my home. Could you send me these things?

I am preparing a 2255 motion and I need any materials that could be relevant to my case. This includes the courts' responses to the pleadings, the evidence in my case, any communications relating to my case, the names and contact information for anyone who was consulted in regard to my case, any reports from those consulted, the notes made of my case, and other attorney work product. Please send any of this you can. For that which you can't, could you tell me how I might obtain them?

Thank you for your time and attention.

Sincerely,

T. Aidan Wells 1/29/07

Theodore Wells.

Theodore Wells
12561-050
FMC Devens
P.O. Box 879
Devens, MA 01434

Thomas G. Dennis
Federal Defender
10 Columbus Blvd FL 6
Hartford, CT 06106-1976

Re: 3:03CR160(AHN)

Dear Mr. Dennis,

I am again requesting all the records in my case. I've been asking for six months now; don't you think this has gone beyond absurd? I have included on separate pages items that I have a particular interest in. However, I emphasize that I want all my case records. In the event that you are unable to provide certain records, please provide a description of the records, when they were received, and sufficient information to uniquely identify the records.

Sincerely,

*T William Wells 7/6/07*

Theodore Wells

cc: Judge Nevas

DOCUMENTS IN MY POSSESSION 6/8/07

```
5/13/03    FBI property receipt
5/22/03    government's motion for pretrial detention
5/22/03    order of detention pending trial
5/29/03    indictment
6/12/03    transcript of arraignment
7/ 2/03    waiver of speedy trial
7/ 9/03    motion for continuance of jury selection
7/15/03    order granting continuance and waiver
8/22/03    motion for continuance of jury selection
8/22/03    waiver of speedy trial
10/22/03   CT DOC mental health initial assessment
10/30/03   superseding indictment
11/ 6/03   transcript of arraignment
4/14/04    forensic evaluation
4/16/04    motion for continuance of jury selection
4/30/04    government's motion
4/30/04    memorandum of law for 4/30/04 motion
5/14/04    government's memo regarding the use of certain evidence
6/21/04    psychiatric evaluation
7/ 1/04?   note from Dr. Saldanha
8/ 9/04    waiver of speedy trial
8/11/04    motion for continuance of jury selection
8/25/04    information
8/25/04    plea agreement
8/25/04    transcript of change of plea hearing
11/ 4/04   motion to continue sentencing
11/24/04   waiver of right to speedy sentencing
11/24/04   memorandum in aid of sentencing
11/29/04   government's memorandum in aid of sentencing
11/30/04   transcript of sentencing hearing
12/ 2/04   request for leave to file document under seal
12/ 2/04   motion to attach
12/ 9/04   government's motion to dismiss
2/ 6/05    memorandum in aid of sentencing
2/ 9/05    appeal brief 04-6445
6/ 7/05    government's motion for post-Crosby proceedings on remand
8/ 3/05    government's memorandum on Crosby remand
8/ 4/05    memorandum re: limited sentencing remand
8/17/05    government's reply memorandum on Crosby remand
10/ 6/05   transcript of crosby remand
1/30/06    appeal brief 05-5810-cr
1/30/06    joint appendix 05-5810-cr
4/10/06    government's brief 05-5810-cr
8/30/06    summary order 05-5810-cr
```

## DOCKETED ITEMS MISSING

These items are all from my docket.  Each item has the date
docketed, its number (if it has one), and a description.

### ORDERS, ETC., FROM THE COURT

```
 5/ 5/03   1   complaint
 6/12/03   8   scheduling order
 9/ 5/03   -   endorsement order granting continuance
 9/ 5/03   -   endorsement order granting exclusion
11/12/03  20   order granting #19 motion
11/12/03  21   endorsement order granting #16 motion
11/13/03  22   endorsement order re #19 motion
11/25/03  24   case reassigned
 4/28/04  30   endorsement order granting #27 motion
 6/ 3/04  32   order granting oral motion
 6/14/04  33   endorsement order granting #28 motion
 8/ 2/04  35   order re competency to stand trial
 8/25/04  43   findings and recommendations
 8/31/04  44   endorsement order granting #36 motion
 8/31/04  45   endorsement order re #37 waiver
10/ 4/04  46   endorsement order re #43 findings
11/10/04  49   order granting #48 motion
12/15/04  62   order re #56 motion
12/15/04  63   endorsement order granting #57 motion
```

### HEARINGS FOR WHICH I DON'T HAVE TRANSCRIPTS

I don't expect that you will have these transcripts.  If you don't,
I would like a summary of what happened in the hearings so that
I can tell if I need to get a transcript.

```
 5/22/03   3   initial presentment
 2/ 2/04  26   proceedings
 7/28/04  34   competency hearing
12/ 2/04  53   proceedings
```

### MOTIONS I DO NOT HAVE

If I am not allowed the sealed motions, I'd like a general
description of their contents.

```
11/ 5/03  16   motion to continue
11/ 5/03  17   waiver of speedy trial
11/10/03  19   motion for competency hearing and evaluation
12/ 3/04  57   sealed motion
12/15/04  61   sealed motion
```

OTHER ITEMS OF INTEREST

Appeal 04-6445 appendix
Appeal 04-6445 government's brief

Around 9/03, I was examined by a pair of psychiatrists. I'd like their report. If they did not provide a report, I'd like their contact information.

Around 10/03, I was supposed to enter a plea, based on a plea agreement prepared at that time. This plea agreement is not the same as the 8/25/04 agreement. I want that agreement.

At the 10/03 change of plea hearing that got canceled, Mr. Belsky negotiated a new plea agreement. I don't believe it was ever formalized but I'd like whatever information is available on it.

The records from my 1999 psychiatric hospitalization and any other psychiatric or medical records of mine.

Any communications to and from MDC Los Angeles concerning my stay there.

All materials obtained through discovery.

All materials obtained from police agencies, including the FBI.

A list of all persons interviewed and any attempted interviews, and any notes in relation to those interviews or attempts.

Any people consulted concerning the medical or psychological consequences of abuse, and whatever they had to say.

Any information concerning the complainant, including that which is relevant to reputation and psychology.

Any computer, telephone, Internet, or credit card records that might have been used as evidence or were otherwise relevant to my case.

The three letters I wrote to Mr. Belsky.

The essay I gave to Mr. Belsky.

The letters of support presented at my sentencing.

The corrections to my PSR sent to the probation office.

The 2005 letter Mr. Belsky wrote me about my Crosby remand.

Theodore Wells
12561-050
FMC Devens
P.O. Box 879
Devens, MA 01434

The Honorable Alan H. Nevas
US District Court
District of Connecticut
915 Lafayette Blvd.
Bridgeport, CT 06604

Re: 3:03CR160(AHN)

Your Honor,

    Please find enclosed my latest attempt at getting my case records from my Public Defender.

Sincerely,

*T. Theodore Wells 7/6/07*

Theodore Wells

**FEDERAL DEFENDER**
**DISTRICT OF CONNECTICUT**
**10 COLUMBUS BLVD FL 6**
**HARTFORD, CT 06106-1976**

**THOMAS G. DENNIS**
**FEDERAL DEFENDER**

**TEL:** (860) 493-6260
**FAX:** (860) 493-6269

July 26, 2007

Theodore Wells, #12561-050
FMC Devens
P.O. Box 879
Devens, MA 01434

Dear Mr. Wells:

I enclose a copy of your entire file.

Very truly yours,

Thomas G. Dennis
Federal Defender

TGD/aw

encls.

PROOF OF SERVICE

I, Theodore Wells, certify that on *August 2nd, 2007*,
I mailed a copy of this document and all attachments via First
Class mail to the following parties at the addresses listed below:

James I. Glasser
Assistant US Attorney
Connecticut Financial Center
157 Church Street
New Haven, CT 06510

Thomas P. Belsky
Assistant Federal Defender
2 Whitney Avenue, Suite 300
New Haven, CT 06510

Thomas G. Dennis
Federal Defender
10 Columbus Blvd. FL 6
Hartford, CT 06106-1976


I certify that this document was given to officials on this
date for forwarding to the United States District Court for the
District of Connecticut.  I further certify under penalty of
perjury that the forgoing is true and correct.


Respectfully submitted today, *August 2nd, 2007*.

*T. Wellins Wells*

Theodore Wells
12561-050
FMC Devens
P.O. Box 879
Ayer, MA 01432