UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 3:03CR160(AHN) |
| THEODORE WELLS | : | August 7, 2007 |

RESPONSE TO MOTION TO COMPEL PRODUCTION OF ATTORNEY'S CLIENT FILE

As noted in the attachments to Mr. Wells' Motion, the Federal Defender Office has previously forwarded to him a copy of his entire file.

Accordingly, the Motion should be denied as moot.

Respectfully submitted,

Dated: August 7, 2007          /S/

Thomas G. Dennis
Federal Defender
10 Columbus Blvd, FL 6
Hartford, CT 06106-1976
Bar No. ct05100
(860) 493-6260
Email: thomas.dennis@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Response To Motion To Compel Production of Attorney's Client File has been mailed to James I. Glasser, Counsel to the United States Attorney, 157 Church Street, 23rd Fl, New Haven, CT 06510, and Theodore Wells, 12561-050, FMC Devens, P. O. Box 879, Ayer, MA 01432 on this 7 day of August 2007.

     /S/
Thomas G. Dennis