UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

UNITED STATES OF AMERICA :

v. : CRIM. NO.: 3:03CR160(AHN)

THEODORE WELLS :

2008 FEB -4 P 12: 57

U.S. DISTRICT COURT
BRIDGEPORT, CONN

MOTION FOR RULING ON MOTION TO COMPEL
PRODUCTION OF ATTORNEY'S CLIENT FILE

On 8/2/07, I sent a Motion to Compel Production of Attorney's Client File to the Court. On 8/7/07, the Federal Defender replied, saying that I had previously been sent my entire case file and that my motion was thus moot. On 8/13/07, I sent a letter to the Court and all the parties that described documents that I believed I hadn't been sent. I have heard nothing since about my motion.

The US Attorney's office, partially responding to a FOIA request I'd made, sent me a number of documents that prompted me to formally request a ruling on my motion. In the next paragraphs I discuss documents that illustrate that I have not been sent my entire case file.

On 10/28/02, LF underwent a sexual assault examination. Surely, the government obtained the report on the examination and then forwarded it to my lawyer as required by the Court's Standing Order on Discovery. I have not been sent this document and it is one that I definitely want.

On 6/19/03, the prosecutor sent a letter to my lawyer containing the disclosures required by the Standing Order on Discovery and some reports. I got the disclosures via FOIA. I did not get them in my case file. I may or may not have got the reports

from my case file. I won't know until my FOIA request is fully responded to.

On 6/30/03, the prosecutor sent my lawyer a letter containing a cover letter and a proposed plea agreement. I got the cover letter via FOIA. I did not get it in my case file. I did not get the proposed plea agreement at all and I definitely want it.

On 7/25/03, the prosecutor sent my lawyer a letter containing a cover letter and an interview of LF. I got the cover letter via FOIA. I did not get it in my case file. I think I did get the interview; I have one dated 6/12/03 and I assume that it is that interview. If not, I didn't get it in my case file and I definitely want it.

Somewhere around August or September of 2003, I was examined by Drs. Coric and Baranoski. According to a letter from my lawyer dated 6/9/05, they wrote reports. I did not get them in my case file and I definitely want them.

On 10/1/03, the prosecutor wrote a letter to my lawyer. I did not get it in my case file. I got it via FOIA and I'm very glad that I did.

On 10/6/03, I was scheduled for a change of plea hearing. I was supposed to sign a plea agreement then. I did not get that plea agreement in my case file. Note that I did get a plea agreement, with a fax date of 10/27/03. That plea agreement was for a kidnapping charge; on 10/6/03, I was to plead to a sexual charge so this is not the plea agreement that I was to sign. I definitely want the 10/6/03 plea agreement.

3

On 8/27/03, 8/31/03, and 11/30/04, the prosecutor sent my lawyer letters. I did not get them in my case file. Since I did get them via FOIA, I no longer need to get them from my case file.

The case file I received was missing quite a number of items from my docket. Of note are items 8, 16-17, 21, 23-24, 26, 30, 32-35, and 43-46, all items that should have been in my case file and which I had hoped to have when preparing my 2255. Most of these are orders from the Court or otherwise came from the Court but two of them were submitted by my lawyer and he certainly should have had them in my case file.

This is a substantial number of missing documents and that I did not get them demonstrates that I was not sent my entire case file--or that the Federal Defender's office has been very sloppy in maintaining my case file.

I therefore ask that the Court rule on my 8/2/07 motion.

Respectfully submitted,

*/s/ T. Wells 1/30/08*

Theodore Wells
12561-050
FMC Devens
P.O. Box 879
Ayer, MA 01432

PROOF OF SERVICE

I, Theodore Wells, certify that on _January 30, 2008_, I mailed a copy of this document via First Class mail to the following parties at the addresses listed below:

James I. Glasser
Assistant US Attorney
Connecticut Financial Center
157 Church Street
New Haven, CT 06510

Thomas P. Belsky
Assistant Federal Defender
2 Whitney Avenue, Suite 300
New Haven, CT 06510

Thomas G. Dennis
Federal Defender
10 Columbus Blvd., Fl 6
Hartford, CT 06106-1976

I certify that this document was given to officials on this date for forwarding to the United States District Court for the District of Connecticut. I further certify under penalty of perjury that the forgoing is true and correct.

Respectfully submitted today, _January 30, 2008_.

_[signature] 1/30/08_
Theodore Wells
12561-050
FMC Devens
P.O. Box 879
Ayer, MA 01432