UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2008 FEB 14 A 10: 47
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO.: 3:03CR160 (AHN) |
| v. | : | |
| THEODORE WELLS | : | FEBRUARY 14, 2008 |

## APPEARANCE

To the Clerk of the Court and all parties of record, please enter my appearance as counsel for the United States of America in the above-referenced matter.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/s/
JAMES R. SMART
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. ct20982
United States Attorney's Office
915 Lafayette Boulevard
Bridgeport, Connecticut  06604
Phone: (203) 696-3000
Fax: (203) 579-5550
James.Smart@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that on February 14, 2008, I caused a copy of the foregoing to be sent via U.S. Mail, first class, postage prepaid to

Thomas G. Dennis, Esq.
Federal Defender
10 Columbus Blvd.
Hartford, CT 06106;

Theodore W. Wells, Jr., *Pro Se*
12561-050
FMC Devens
PO Box 879
Ayer, MA 01432

/s/ _____
James R. Smart